# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GREGORY P. MOUTON AND
MARIVETTE V. MOUTON

VERSUS

LOWE'S HOME IMPROVEMENT
CENTERS, LLC D/B/A LOWE'S
HOME IMPROVEMENT, DAVID
DEBENEDETTO, SHANE (LAST
NAME UNKNOWN), TREMYA
ANTHONY, AND KELSI (LAST
NAME UNKNOWN)

NO.   2024 CW 0765

OCTOBER 18, 2024

---

In Re:   Gregory P. Mouton and Marivette V. Mouton, applying for
         supervisory writs, 19th Judicial District Court, Parish
         of East Baton Rouge, No. 734,723.

---

**BEFORE:   GUIDRY, C.J., PENZATO AND STROMBERG, JJ.**

**WRIT DENIED.** The district court's August 7, 2024 order granted relators access to the audio recording of the hearing held on February 21, 2024. If, following their review of the audio recording, relators' access has been limited, relators may then seek review at that time.

**JMG**
**AHP**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT